Opinion issued March 8, 2012.

 



 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-12-00028-CR

____________

 

patrick jamal living,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 232nd District Court 

Harris County, Texas

Trial Court Cause No. 1151200

 

 



MEMORANDUM
OPINION








          Appellant, Patrick Jamal Living,
attempts a second appeal of his May 13, 2009 conviction for aggravated assault.  This Court previously affirmed the judgment
of the trial court.  See Living v. State, No. 01-09-00446-CR, 2010 WL 1948343 (Tex. App.—Hous. [1 Dist.] (May 13, 2010), pet. ref’d.).

               This
court lacks jurisdiction to consider a second appeal from appellant’s final
conviction.  The exclusive
post-conviction remedy in final felony convictions in Texas courts is through a
writ of habeas corpus pursuant to Texas Code of Criminal Procedure article
11.07.  Tex.
Code Crim. Proc. Ann. art.
11.07, § 5 (West Supp. 2010) (providing that “[a]fter
conviction, the procedure outlined in this Act shall be exclusive and any other
proceeding shall be void and of no force and effect in discharging the prisoner”);
Ater v. Eighth Court of Appeals, 802 S.W.2d
241 (Tex. Crim. App. 1991).      

Accordingly, because we lack jurisdiction over the appeal, we dismiss.  See Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f).  We dismiss all pending motions as
moot.

PER CURIAM

Panel consists of Justices Keyes,
Bland, and Sharp. 

Do not publish.   Tex. R. App. P. 47.2(b).